IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENHANCED SECURITY RESEARCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-390-JJF |
| | ) | |
| CISCO SYSTEMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ENHANCED SECURITY RESEARCH, LLC and SECURITY RESEARCH HOLDINGS, LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 09-571-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Fortinet, Inc. hereby certifies that on October 27, 2009, copies of the *Initial Disclosure Statement of Defendant Fortinet, Inc.* were caused to be served upon the following counsel of record as indicated below:

### BY EMAIL AND HAND DELIVERY

Steven J. Balick, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

George Pazuniak, Esquire
Womble, Carlyle, Sandridge & Rice, PLLC

Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

## BY EMAIL

Martin R. Lueck, Esquire
Sara A. Poulos, Esquire
Cole M. Fauver, Esquire
Julia Dayton Klein, Esquire
Loren L. Hansen, Esquire
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Holmes J. Hawkins, III, Esquire
Charles A. Pannell, III, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

Alexander J. Hadjis, Esquire
Peter J. Davis, Esquire
Elizabeth A. Richardson, Esquire
Morrison & Foerster LLP
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Kenneth B. Wilson, Esquire
Christine S. Watson, Esquire
Colby B. Springer, Esquire
Carr & Ferrell, LLP
2200 Geng Road
Palo Alto, CA 94303

Henry B. Gutman, Esquire
Noah Leibowitz, Esquire
Victor Cole, Esquire
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017

Jeffrey E. Ostrow, Esquire
Simpson Thacher & Bartlett
2550 Hanover Street
Palo Alto, CA 94304

PLEASE TAKE FURTHER NOTICE that on October 27, 2009, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Steven J. Balick, Esquire
    Tiffany Geyer Lydon, Esquire
    Ashby & Geddes
    500 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE 19899

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951

    George Pazuniak, Esquire
    Womble, Carlyle, Sandridge & Rice, PLLC
    222 Delaware Avenue, Suite 1501
    Wilmington, DE 19801

    Jeffrey L. Moyer, Esquire
    Sarah R. Stafford, Esquire
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801

    Mary B. Graham, Esquire
    Morris Nichols Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

                                             YOUNG CONAWAY STARGATT &
                                             TAYLOR LLP

                                             /s/ *[signature]*
                                             _____
                                             Richard H. Morse (No. 531)
                                             James L. Higgins (No. 5021)
                                             The Brandywine Building
                                             1000 West Street, 17th Floor
                                             P.O. Box 391
                                             Wilmington, DE 19801
                                             (302) 571-6600
                                             rmorse@ycst.com
                                             jhiggins@ycst.com

Dated: October 27, 2009                     *Attorneys for Fortinet, Inc.*