## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENHANCED SECURITY RESEARCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC.; | ) | |
| INTERNATIONAL BUSINESS MACHINES | ) | C.A. No. 09-390-JJF |
| CORPORATION; | ) | |
| CHECK POINT SOFTWARE | ) | |
| TECHNOLOGIES, LTD.; | ) | |
| CHECK POINT SOFTWARE | ) | |
| TECHNOLOGIES, INC.; | ) | |
| SONICWALL, INC.; | ) | |
| 3COM CORPORATION; | ) | |
| NOKIA CORPORATION; NOKIA, INC.; | ) | |
| FORTINET, INC.; and SOURCEFIRE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ENHANCED SECURITY RESEARCH, LLC | ) | |
| and SECURITY RESEARCH HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC.; | ) | C.A. No. 09-571-JJF |
| INTERNATIONAL BUSINESS MACHINES | ) | |
| CORPORATION; | ) | |
| CHECK POINT SOFTWARE | ) | |
| TECHNOLOGIES, LTD.; | ) | |
| CHECK POINT SOFTWARE | ) | |
| TECHNOLOGIES, INC.; | ) | |
| SONICWALL, INC.; | ) | |
| 3COM CORPORATION; | ) | |
| NOKIA CORPORATION; NOKIA, INC.; | ) | |
| FORTINET, INC.; and SOURCEFIRE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

By stipulation and agreement of the parties, and with the express consent of counsel for plaintiffs and counsel for defendants, as indicated below, and for good cause shown; and

It appearing that paragraph 2 of the Rule 16 Scheduling Order entered by the Court on January 14, 2010 (the "Scheduling Order") provides that all motions to join other parties shall be filed on or before May 31, 2010; and

It further appearing that paragraph 4(a) of the Scheduling Order provides that the parties shall identify fact witnesses and complete document production by April 30, 2010; and

It further appearing that that parties have conferred regarding these deadlines, and believe that these deadlines should be extended as follows:

      1.     All motions to join other parties shall be filed on or before July 1, 2010;

      2.     The parties shall identify fact witnesses and complete document production by June 1, 2010.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Scheduling Order entered in these actions be, and hereby is, modified as follows:

      1.     All motions to join other parties shall be filed on or before July 1, 2010;

      2.     The parties shall identify fact witnesses and complete document production by June 1, 2010; and

      3.     All other provisions of the Scheduling Order shall remain in effect, except as provided for herein.

IT IS SO ORDERED, this ___5___ day of ___May___, 2010.

_____
The Honorable Joseph J. Farnan, Jr.

2

CONSENTED TO:

**For Plaintiffs**
**ENHANCED SECURITY RESEARCH**
**LLC and**
**SECURITY RESEARCH HOLDINGS,**
**LLC:**

**For Defendants**
**CISCO SYSTEMS, INC. and**
**3COM CORPORATION:**

*/s/ John G. Day*

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT &
    TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Martin R. Lueck
Sara A. Poulos
Cole M. Fauver
Julia Dayton Klein
Loren L. Hansen
ROBINS KAPLAN MILLER &
    CIRESI LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

Henry B. Gutman
Noah Leibowitz
Victor Cole
SIMPSON THACHER & BARTLETT
425 Lexington Avenue
New York, NY 10017

Jeffrey E. Ostrow
SIMPSON THACHER & BARTLETT
2550 Hanover Street
Palo Alto, CA 94304

**For Defendant**
**INTERNATIONAL BUSINESS MACHINES**
**CORPORATION:**

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Holmes J. Hawkins III
Natasha H. Moffitt
Charles A. Pannell, III
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

**For Defendants**
**NOKIA INC. AND NOKIA**
**CORPORATION:**

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer
Sarah R. Stafford
RICHARDS, LAYTON & FINGER
920 North King Street
Wilmington, DE 19801
moyer@rlf.com
stafford@rlf.com

4

**For Defendant**
**SOURCEFIRE, INC.:**

*/s/ Mary B. Graham* _____
Mary B. Graham
MORRIS, NICHOLS, ARSHT &
   TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
jbbefiling@mnat.com


Alexander J. Hadjis
Peter J. Davis
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006


**For Defendant**
**SONICWALL, INC.:**

*/s/ George Pazuniak* _____
George Pazuniak
James M. Lennon
Anna Martina Tyreus
WOMBLE CARLYLE SANDRIDGE &
   RICE PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
gpazuniak@wcsr.com
JLennon@wcsr.com
MTyreus@wcsr.com


Kenneth B. Wilson
Christine S. Watson
Colby B. Springer
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303

5

**For Defendant**
**FORTINET, INC.:**

*/s/ James L. Higgins*
Richard H. Morse
James L. Higgins
YOUNG, CONAWAY, STARGATT&
    TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
rmorse@ycst.com
jhiggins@ycst.com

Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

**For Defendants**
**CHECK POINT SOFTWARE**
**TECHNOLOGIES LTD. and**
**CHECK POINT SOFTWARE**
**TECHNOLOGIES INC.:**

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT &
    TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Edward J. DeFranco
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
51 Madison Avenue
New York, NY 10010

964414 / 34448